IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Ray Dale Imler Jr. and Mystique Leigh Imler         CASE NO:   3:04-bk-10256 E
                                                             Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 08/27/2009 requiring the Debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtors to comply with the court's order of 08/27/2009.

IT IS SO ORDERED.

Date: 12/07/2009                                   /s/   Audrey R. Evans
                                                   Audrey R. Evans
                                                   U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Trustee

      Dickerson Law Firm
      P O Box 6400
      Hot Springs, AR  71902-6400

      Ray Dale Imler Jr. and Mystique Leigh Imler
      102 Dennis St.
      Lake City, AR  72437

      All Creditors